[Criminal No. 749. Filed October 22, 1931.]

[3 Pac. (2d) 1115.]

CHESTER A. RYAN, Appellant, v. STATE, Respondent.

Mr. D. P. Boyle, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant was tried and convicted of the offense of statutory rape. From the judgment and sentence upon the verdict he has appealed and

caused the record and transcript of the testimony to be filed in this court.

He has filed no brief or assignments directing our attention to any error.

We have examined the information and find it states a cause of action, and that the evidence supports the conviction.

The judgment is affirmed.